## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Richard Joseph Kozak                       Case No. 09-29316
    Catherine Ann Kozak                     Chapter 13
                                              Judge: Donald R. Cassling

                                 Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-11539

**Andrew B Nelson**
Law Offices Of Peter Francis Geraci
55 East Monroe St. Suite #3400
Chicago, IL 60603
(312) 332-1800
ndil@geracilaw.com
_____/

## RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

      NOW COMES Ocwen Loan Servicing, LLC as servicer for Onewest Bank (herein "Creditor"),
by and through their attorney, Potestivo & Associates, P.C., and states the following as their response
agreeing with the Trustee's Notice of Final Cure Payment that was filed on September 19, 2014:

1. The Debtors filed their bankruptcy petition on August 11, 2009

2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on September 19, 2014.

3. Creditor agrees with the Notice of Final Cure Payment and Completion of Plan Payments.

Date: October 9, 2014                  /s/ Caleb J. Halberg
                                       Potestivo & Associates, P.C.
                                       Caleb J. Halberg (ARDC#6306089)
                                       223 W. Jackson Blvd., Suite 610
                                       Chicago, Illinois 60606
                                       Telephone: (312) 263-0003
                                       Main Fax: (312) 263-0002
                                       Cook County Firm ID #: 43932
                                       DuPage County Firm ID #: 223623
                                       Attorneys for Ocwen Loan Servicing, LLC
                                       Our File No. C14-11539

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

      Richard Joseph Kozak                Case No. 09-29316
      Catherine Ann Kozak                Chapter 13
                                          Judge: Donald R. Cassling

                            Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-11539

**Andrew B Nelson**
Law Offices Of Peter Francis Geraci
55 East Monroe St. Suite #3400
Chicago, IL 60603
(312) 332-1800
ndil@geracilaw.com
_____/

### AFFIDAVIT OF SERVICE

      I, Cathy Scanlan, state that on the 9th day of October 2014, I served a copy of the Transfer of Claim and Affidavit of Service of same upon:

Richard & Catherine Kozak             Andrew B Nelson
1515 Janet St                          55 East Monroe St.
Downers Grove, IL 60515             Suite #3400
                                          Chicago, IL 60603

Office of the US Trustee             Glenn B Stearns
219 S. Dearborn St., Room 873       801 Warrenville Road
Chicago, IL 60604                  Suite 650
                                          Lisle, IL 60532

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtor and the Office of the US Trustee, and via CM-ECF electronic filing to Debtor's Attorney and Trustee.

                                       */s/ Cathy Scanlan*_____
                                        Cathy Scanlan